FILED

03/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0332

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0332

_____

IN RE THE MARRIAGE OF:

JENNIFER S. CONROY,

      Petitioner and Appellant,

  and

MICHAEL SCOTT CONROY,

      Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2022